**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01226-CR

**ROGER ALLEN STULCE, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80196-2013**

## ORDER

The State's September 28, 2015 second motion for extension of time to file the State's brief is **GRANTED**. The State's brief shall be due **FORTY-FIVE DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE